**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER THOMPSON HARDY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., a Delaware Corporation; ABM AVIATION, INC., a Georgia Corporation<br><br>Defendants. | Case No.: 3:25-cv-07022-LB<br><br>**MOTION TO SUBSTITUTE LAW FIRM; ~~[PROPOSED]~~ ORDER**<br><br>Complaint Filed: August 19, 2025<br>Trial Date: July 19, 2027 |

On behalf of Plaintiff Christopher Thompson Hardy, the following attorneys,

(1) Move to substitute as counsel of record,

(2) Certify they are member in good standing of this Court's bar,

(3) Attest to the consent of current counsel to be withdrawn, and

(4) Attest to the consent of the party represented.

**Name of new counsel seeking to appear and firm name:**

Vicuna Flores Law: 1376 N. 4th Street, Suite 102 San Jose California 95112

Fernando Flores (State Bar No. 256193)
flores@vicunaflores.com

Jessica Juarez (State Bar No. 269600) Vicuna Flores Law
juarez@vicunaflores.com

**Name of counsel being substituted by Plaintiff and firm name:**

Law Office of Kevin G. Little: 1225 E. Divisadero Street, Fresno CA 93721

Kevin G. Little (State Bar No. 149818) Law Office of Keving G. Little
kevin@kevinglittle.com

**Client Consent**

I hereby consent to the substitution of Vicuna Flores Law as my counsel of record in this matter, replacing Law Kevin G Little

_Dated: October 30, 2026

Christopher Thompson
Christopher Thompson (Oct 30, 2026 14:50:07 PDT)
Christopher Thompson Hardy

*FORMER COUNSEL*

*/s/ Kevin G. Little*
Kevin G. Little
Former Counsel

*NEW COUNSEL*

Dated: October 30, 2026

*/s/ Fernando Flores*
Fernando Flores
New Counsel

Dated: October 30, 2026

*/s/ Jessica Juarez*
Jessica Counsel
Counsel

**~~[PROPOSED]~~ ORDER**

The substitution of attorney is hereby approved and SO ORDERED.

Dated: November 2, 2026

MAGISTRATE JUDGE LAUREL BEELER